IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| **WILLIE TUBBS,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 15-0534-CG-M | |
| | ) | | |
| **CYNTHIA STEWART, et al.,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 29th day of March, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE